**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (6/11/10)     Case Number **10–27775–EPK**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/24/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.

**NOTE: THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

*See Reverse Side For Important Explanations and SDFL Local Court Requirements.*

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):

| | |
|---|---|
| Michael Carpino<br>5655 SW Evans Dr<br>Stuart, FL 34997 | Valinda Carpino<br>5655 SW Evans Dr<br>Stuart, FL 34997 |

**Case Number:**
10–27775–EPK

**Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–4576
xxx–xx–9049

**Attorney for Debtor(s) (or Pro Se Debtor) name and address:**
Michael Carpino
5655 SW Evans Dr
Stuart, FL 34997

**Bankruptcy Trustee (name and address):**
Robert C Furr
www.furrtrustee.com
2255 Glades Road Ste 337W
Boca Raton, FL 33431
**Telephone number:** 561–395–1840

### MEETING OF CREDITORS

Date: **August 3, 2010**     Time: **11:00 AM**

Location: **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.**

**WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:** 10/4/10

**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.

**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Address of the bankruptcy clerk's office where assigned judge is chambered:**
Flagler Waterview Bldg
1515 N Flagler Dr #801
West Palm Beach FL 33401
Telephone: 561–514–4100

**Hours Open:** Monday – Friday 9:00 AM – 4:30 PM
Closed all Legal Holidays

**Clerk of the Bankruptcy Court:** Katherine Gould Feldman
**For:** Judge Erik P. Kimball
**Date:** 6/24/10

## EXPLANATIONS

FORM B9A (6/11/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government−issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019−1(E) and 3002−1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536−5979 or (800)473−0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007−1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 14 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 113C-9              User: adaml                  Page 1 of 1                   Date Rcvd: Jun 24, 2010
Case: 10-27775                    Form ID: B9A                 Total Noticed: 39

The following entities were noticed by first class mail on Jun 26, 2010.
db/jdb        +Michael Carpino,    Valinda Carpino,    5655 SW Evans Dr,    Stuart, FL 34997-6350
smg           +Highlands County Tax Collector,    540 S Commerce Ave,    Sebring, FL 33870-3867
ust           +Office of the US Trustee,    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
88170135      +BB&T,   PO Box 1704,    Clemmons, NC 27012-1704
88170146      +Brown, Jamie,    12502 Coral Reef Circle,    Knoxville, TN 37922-5490
88170131      +Carpino, Michael,    5655 SW Evans Drive,    Stuart, FL 34997-6350
88170132      +Carpino, Valinda,    5655 SW Evans Drive,    Stuart, FL 34997-6350
88170142      +Duracap Asphalt Paving Co.,    2535 Asbury Road,    Knoxville, TN 37914-6410
88170144      +Goal Financial,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
88170148      +Jennings, J G,    2100 Clinch Avenue,    No. 210,    Knoxville, TN 37916-2219
88170141      +Johnson Miller & Martin,    1200 One Nashville Place,    150 4th Avenue N,
                Nashville, TN 37219-2415
88170151      +Knox County General Session,    300 Main Avenue,    Room 318 3rd Floor,    Knoxville, TN 37902-1851
88170153      +M & I Swift Bank,    409 Silverside Road,    Ste 100,    Wilmington, DE 19809-1771
88170154      +MMHS,   2392 SE Ocean Blvd,    Stuart, FL 34996-3310
88170147      +Martin, Jerry M.,    112 Clenleigh Court,    Ste 1,    Knoxville, TN 37934-3076
88170143      +Pratt, Shafer, & Donelson,    265 Brookview Centre Way,    Suite 600,    Knoxville, TN 37919-4066
88170156       Regions Bank,    PO Box 11007,    Birmingham, AL 35287-2511
88170155      +Rice, R A,    11346 Gates Mill Drive,    Knoxville, TN 37934-1753
88170157      +Rice, Robert,    1888 Elmhurst Way,    Knoxville, TN 37923-1255
88170158      +Rogers Group, Inc.,    144 Second Ave N,    Pilcher Bldg. Ste 300,    Nashville, TN 37201-1935
88170162      +Schmidt, Steven,    550 Main Street,    4th Floor,    Knoxville, TN 37902-2515
88170150      +Schulte, John,    722 Tartan,    H1,    Cincinnati, OH 45245-3333
88170149      +Schulte, John,    5135 Beechwood Rd.,    Milford, OH 45150-9759
88170160      +Sherman Dixie Concrete,    200 42nd Avenue N,    Nashville, TN 37209-3638
88170161      +Smith, Puryear & Robertson,    144 2nd Ave. N,    Pilcher Bldg. Ste 300,    Nashville, TN 37201-1935
88170139      +Stokely, Clayton,    2217 Henge Point Lane,    Knoxville, TN 37922-6196
88170163      +Tyler, Chastain, Bernstein,    The Weston Bldg.,    4823 Old Kingston Pike #300,
                Knoxville, TN 37919-6473
88170164      +Wells Fargo Equip,    PO Box 869,    Knoxville, TN 37901-0869
The following entities were noticed by electronic transmission on Jun 24, 2010.
tr            +EDI: QRCFURR.COM Jun 24 2010 19:28:00      Robert C Furr,   www.furrtrustee.com,
                2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7379
smg            EDI: FLDEPREV.COM Jun 24 2010 19:28:00      Florida Department of Revenue,   POB 6668,
                Bankruptcy Division,    Ft Lauderdale, FL 32314-6668
88170133       EDI: AMEREXPR.COM Jun 24 2010 19:28:00      American Express,   PO Box 981537,
                El Paso, TX 79998-1537
88170134      +EDI: BANKAMER.COM Jun 24 2010 19:28:00      Bank of America,   PO Box 15026,
                Wilmington, DE 19886-5026
88170136      +EDI: RMSC.COM Jun 24 2010 19:28:00      Belk,   PO Box 981491,   El Paso, TX 79998-1491
88170137      +EDI: CHASE.COM Jun 24 2010 19:28:00      Chase/Bankone,   800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
88170138      +EDI: CITICORP.COM Jun 24 2010 19:28:00      Citibank,   701 E. 60th St. N,
                Sioux Falls, SD 57104-0493
88170145      +EDI: CITICORP.COM Jun 24 2010 19:28:00      Home Depot,   PO Box 6497,
                Sioux Falls, SD 57117-6497
88170140       EDI: WFNNB.COM Jun 24 2010 19:28:00      J Crew,   PO Box 182273,   Columbus, OH 43218-2273
88170152      +EDI: RMSC.COM Jun 24 2010 19:28:00      Lowe's,   PO Box 981400,   El Paso, TX 79998-1400
88170159       EDI: SEARS.COM Jun 24 2010 19:28:00      Sears/Citibank,   8725 W Sahara Avenue,
                The Lakes, NV 89163-0001
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2010                       Signature:     _/s/ Joseph Speetjens_